1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8 | UNITED STATES OF AMERICA,

9 |                               Plaintiff,          CASE NO. MJ 18-8

10 |          v.                                       **DETENTION ORDER**

11 | TEMAHAGARI RUBIN,

12 |                               Defendant.

13    The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes

14 there are no conditions which the defendant can meet which would reasonably assure the

15 defendant's appearance as required or the safety of any other person and the community.

16    **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

17    While defendant was on pretrial release, he was arrested and charged with felon in

18 possession of a firearm. Defendant did not contest detention.

19    It is therefore **ORDERED**:

20    (1)    Defendant shall be detained pending trial and committed to the custody of the

21 Attorney General for confinement in a correctional facility separate, to the extent practicable,

22 from persons awaiting or serving sentences, or being held in custody pending appeal;

23    (2)    Defendant shall be afforded reasonable opportunity for private consultation with

counsel;

DETENTION ORDER - 1

1       (3)     On order of a court of the United States or on request of an attorney for the

2  Government, the person in charge of the correctional facility in which Defendant is confined

3  shall deliver the defendant to a United States Marshal for the purpose of an appearance in

4  connection with a court proceeding; and

5       (4)     The Clerk shall provide copies of this order to all counsel, the United States

6  Marshal, and to the United States Probation and Pretrial Services Officer.

7      DATED this 9th day of January, 2018.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2