THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR18-0005-JCC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| TEMAHAGARI RUBIN, | |
| Defendant. | |

This matter comes before the Court on Defendant's unopposed motion to continue his trial date (Dkt. No. 17) and speedy trial waiver (Dkt. No. 16). Defendant is pending sentencing in a separate criminal matter before this court. *United States v. Temahagari Rubin*, No. CR16-0278-JCC. In light of the circumstances that are presented, the Court finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B).The Court also finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective representation, and that these factors outweigh the best interests of the public and the Defendant in a speedy trial. *See id.*

For the foregoing reasons, Defendant's motion to continue trial (Dkt. No. 17) is GRANTED. Trial in this matter is continued to July 16, 2018 at 9:00 a.m. All pretrial motions must be filed no later than June 15, 2018. The Court further ORDERS that the period of time

1   from the date of this Order until the new trial date of July 16, 2018, shall be excludable time

2   pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

3   DATED this 21st day of February 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE